No. 87, Misc. McCall v. North Carolina. Superior Court of North Carolina, Edgecombe County. Certiorari denied.

No. 91, Misc. McConnell v. Nash, Warden. Supreme Court of Missouri. Certiorari denied.

No. 117, Misc. James v. United States. C. A. 10th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 154, Misc. Sylvester v. United States. C. A. 2d Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 161, Misc. Lewis v. United States. C. A. 9th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 186, Misc. Chernachowicz v. New Jersey. Supreme Court of New Jersey. Certiorari denied. Mr. Justice Brennan took no part in the consideration or decision of this application.

No. 193, Misc. In re Carpenter. Supreme Court of California. Certiorari denied.

No. 194, Misc. Clark v. Michigan. Supreme Court of Michigan. Certiorari denied.